THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Condor Corporation, a Minnesota corporation, and James R. Riley, Sr., an individual,

Plaintiffs,

vs.

Solomon Consulting Corporation, an Arizona corporation, and Daniel L. Hodges, an individual,

Defendants.

**ORDER**

Court File No. 01-CV-1472 MJD/JGL

The Summons and Complaint filed by plaintiffs against defendants were served upon defendants on August 29, 2001. Defendants have not filed an Answer and entered into a Promissory Note and Confession of Judgment with plaintiffs. Defendants have defaulted on the Promissory Note and Confession of Judgment as evidenced by an Affidavit Setting Forth Default, Amount Due and Identification of Judgment Debtors.

NOW, THEREFORE, it is ordered that judgment be entered in favor of plaintiffs and against defendants in the sum of $133,346.39.

Dated: April 12, 2002

By: Michael J. Davis
Michael J. Davis,
U.S. District Court Judge

FILED APR 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK