# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Condor Corporation, a Minnesota corporation,
and James R. Riley, Sr., an individual
Plaintiffs,

Case No. Civil 01-1472 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Solomon Consulting Corporation, an Arizona
corporation, and Daniel L. Hodges, an individual

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that judgment be entered in favor of plaintiffs and against defendants in the sum of $133,346.39.**

DATE: April 12, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch
E. Knoblauch, Deputy Clerk